DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/19/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA,      :    88 Civ. 4486 (LAP)
                               :
            Plaintiff,         :    ORDER
                               :
       - v. -                  :
                               :
INTERNATIONAL BROTHERHOOD OF   :
TEAMSTERS, et al.              :
                               :
            Defendants.        :
------------------------------X

LORETTA A. PRESKA, Chief United States District Judge:

Based on the submissions concerning the IBT's proposed Rule 60(b)(5) motion [dkt. nos. 4355, 4357, 4558, 4359], the Court will hold a pre-motion conference on this matter. Chambers will contact the parties to schedule this conference.

SO ORDERED.

Dated:   New York, New York
         June 19, 2014

_____
LORETTA A. PRESKA
Chief United States District Judge